**FILED**
MAY 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00365-GEB |
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| GABINO CUEVAS-HERNANDEZ, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release GABINO CUEVAS-HERNANDEZ from further confinement on the indicted offense(s) in this case.

IT IS SO ORDERED.

Dated: May 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

file copy —
Copies to USM in Court

1